RECEIVED MAR 01 2023 PRO SE OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Eugenia Pinkard

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

NYC Department of Education and Teacher's Retirement Services

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. **CV 23-1640**
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☐ No
*(check one)*

Donnelly, J.
Cho, M.J.

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Eugenia Pinkard c/o Frances Pinkard
  Street Address: 45 Twin Pines Dr Apt 13D
  City and County: Brooklyn - Kings
  State and Zip Code: NY 11235
  Telephone Number:
  E-mail Address: Kardpin@gmail.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1
  Name: NYC Department of Education "DOE"
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

  Defendant No. 2
  Name: Teacher's Retirement Services "TRS"
  Job or Title (if known):
  Street Address:
  City and County:

State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name _____ MS 35 Principal Jacklyn Marcus / Human Resources DOE Dept_____
Street Address _____ 65 Court Street _____
City and County _____ Brooklyn NY _____
State and Zip Code _____
Telephone Number _____

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

3

*[Handwritten margin note at top:] Probationary employee have the same rights as tenured when the DOE falsified records to terminate ... due diligence rights as a tenured employee. Even though they charged and falsified records.*

- ☒ Other federal law *(specify the federal law)*: Retaliation and because they stated probationary employees
- ☒ Relevant state law *(specify, if known)*: Ed law 30*20-A    Cuomo tenure law 75
- ☒ Relevant city or county law *(specify, if known)*: UFT Contract

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☒ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) April 1, 2022    Affirmation Submitted to the court.

4

C. I believe that defendant(s) *(check one)*:

☑ is/are still committing these acts against me.
☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐ race _____
☐ color _____
☐ gender/sex _____
☐ religion _____
☐ national origin _____
☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☐ disability or perceived disability *(specify disability)*
_____

E. The facts of my case are as follows. Attach additional pages if needed.

*3 pages follow*

TRS has sent me letters stating that I owe contribution and almost forced me out of my vested pension if I didn't pay. They are basing their accusations on the fact that I was paid from around July 23, 2006 - Feb 29, 2009. I was never paid and they agreed that I didn't settle. The DOE refuses to correct my records so that my pension can be paid. I am a contracted worker and my protection is under 3020-A Ed law. My pension has remained unpaid because the DOE refuses to honor my contract and pay me my wages even though 3 authorities told them they must do so. ① The Chancellor ② Article 78 and ③ the decision from the Article 78 from the Supreme Court. I was terminated because their records are not accurate and my appointed tenure status was removed as well.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

I've written the Human Resources Dept Mr Charles Peoples repeatedly concerning this matter as I am told that this department was responsible for making the needed corrections. The department has acknowledge receipt of my letters but they never responded.

I've written TRS Damaris Estrella to change/correct my records. I've sent documentation regarding it and she has refused and in the Affirmation they openly refused to remove the AWOL date because they said that it doesn't affect my pension. But it does affect my pension and my employment.

The DOE didn't start messing with my pension until EEOC gave me a Right to Sue letter once they gave me that the DOE/TRS started stating how much I owe for my pension. I don't owe pension contribution money because according to the DOE Cross-motion; this was paid when I was returned to work in 2009. How is it now in 2023 that its not paid? I found out from the pension that I was never paid even though they testified in court that I was paid and there's nothing left that the DOE owed me.

TRS wrote in a letter that I settled. This was the reason why I brought the DOE and TRS before the court, because I wanted to see in writing where I settled. They noted in their affirmation that I didn't settle and that I didn't understand what the word "settle" meant. According to my payroll I was never paid. I asked for my records to be made accurate and both parties refused. I am a contracted employee and they violated my civil rights by remaining me on probationary service so that they could terminate me as a probationary secretary. Once I won my case I was supposed to be returned to my original appointed position and paid full salary from a school not from an ATR (Absent Teacher Reserve) again they violated my contract.

TRS states that my service is from 2004; but according to my records my service is from 9/1999. If that time was in the system then it would have shown by 2009 when I was reinstated that I had 10 years of service and not 5.

When I was hired in 2004, I had already taken the Secretary's test and had my license. I had over 5 years of experience and this is the reason why I started at Salary Step 6A and not 1A. Being that I took the test and had my license; I was hired off the Civil Service list. My principal appointed me to the position in 9/2004. So by the time I returned to work I was tenured because I would 3 years of satisfactory service and the Superintendent gave me a letter of probationary completion. I can't be forced to remain on probation after I made my 3 years of satisfactory service. I can't be terminated as a probationary employee once I am tenured, and appointed. My records must be corrected. Again the DOE argues that I was terminated for excessive absences. The excessive absences was for a weekend date; I am not contracted to work on the weekend so that must be removed off my records. Those 3 new appointed dates must be removed as well. Once those illegal dates are moved the DOE must answer on what basis am I terminated? If not then they must restore me and make me whole and repay punitive damages. You can't deny an appointed tenure employee due diligence. Even so the reason for termination is illegal because I am not contracted to work during the weekends. The only way I was able to understand what the DOE did is from TRS affirmation and letter 8 July 2021 this is the reason why it took me so long to bring this matter before the Court. Prior to this I had no clue what the DOE was doing to ~~total~~ prevent me from justice. They always use time barred but correcting my records is never time barred.

I need my records corrected so that my pension can be paid. The only way TRS will correct my records is the DOE pays my salary from 7/2005 to 3/2009 and then the contributions can be deducted and they can stop sending me deficiency letters. Once my records are corrected then I can be returned to payroll and collect my full salary from 2010 - Present. This was the reason why the original Article 78 was initiated. I was out of work from 7/2005 - 3/2009. According to my contract I was to be returned to payroll during that period and made whole. Since that was never done, this is the reason why I am off payroll again. Actually this is double jeopardy because my 2010 termination is in retaliation of my 2005 termination. They changed my appointed date when I returned to work from 9/7/1999 to 12/31/9999. 12/31/9999 is not a valid date and so when that date is changed back to 9/7/1999; the new appointed dates are removed and the AWOL dates are removed; it will show how the DOE's principal Ms Marcus was able to terminate me. I was not working in her school and HR placed me in another school. She was determined to fire me that she used her influence to have my records changed so that I could be terminated. That shows the power of many principals. She had the power to terminate me from another school; after I was removed from hers. She told me that my first principal didn't know what she was doing. But she knew how to do it right. 2023; is when I understand what she now means. The retaliation will be uncovered when my records are corrected. Too, the DOE didn't start playing my pension until the EEOC started investigation and I got the right to sue letters. That was made a

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)*

_____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*[Handwritten margin note left side: "3 pages to follow"]*

*[Handwritten margin note: "Made whole from 7/1/05 to present will benefit plus punitive interest. Plus punitive damages for wrongful termination and not to records over - represent 7/1/05 - represent"]*

*[Handwritten margin note bottom: "Whatever the court deems fair"]*

*[Handwritten text:]*

(1) I was never paid from approx July 23, 2005 - Feb 28, 2009 (Mar). Thereafter Aug 2010 (2) I was terminated for excessive absences, only to find it was a weekend date. According to my contract I don't work weekends. I am out of work since August 2010 because of their false accusation. I suffered emotionally and loss of lifestyle (home, health insurance, clothy etc) I am to be restored to service and made whole. According to my contract my back wages incur interest as well. They are retaliating against me because I filed with the EEOC before. They also claim since I am a probationary employee they are not under obligation to render due diligence. I am not a probationary employee but and appointed tenure employee; even so I can't be forced out of employment due to their illegal records. They used false records to terminate my employment in turn it affected my pension.

6

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Mar 1, 2023

Signature of Plaintiff: *Eugenia Pinkard*
Printed Name of Plaintiff: Engenia Pinkard

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/24/2023

**To:** Ms. Eugenia Pinkard
45 Twin Pines Drive Apt 13d
BROOKLYN, NY 11239
Kardpin@gmail.com

Charge No: 520-2022-07683

EEOC Representative and email:    RICHARD MCCRAE
Investigator
richard.mccrae@eeoc.gov

### DISMISSAL OF CHARGE

The EEOC is closing this charge because your charge was not filed within the time limits under the law; in other words, you waited too long after the date of the alleged discrimination to file your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2022-07683.

On behalf of the Commission,

Digitally Signed By: Timothy Riera
02/24/2023

Timothy Riera
Acting District Director

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/24/2023

To: Ms. Eugenia Pinkard
45 Twin Pines Drive Apt 13d
BROOKLYN, NY 11239
Kardpin@gmail.com

Charge No: 520-2023-02326

EEOC Representative and email:   RICHARD MCCRAE
Investigator
richard.mccrae@eeoc.gov

---

### DISMISSAL OF CHARGE

The EEOC is closing this charge because your charge was not filed within the time limits under the law; in other words, you waited too long after the date of the alleged discrimination to file your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 520-2023-02326.

On behalf of the Commission,

Digitally Signed By: Timothy Riera
02/24/2023

Timothy Riera
Acting District Director